IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| vs. | * | No.  4:05CR00178-002 SWW |
| | * | |
| DEBRA JEAN PRICE | * | |

**Order**

Debra Jean Price was convicted on December 7, 2006, by a jury of the crime of conspiracy. Her sentencing is set for July 19, 2007.

Since the trial, the Court has received extraneous unsolicited information about Debra Price such that this judge finds that she should no longer preside in Price's case.  The Court will continue to preside in the cases of the co-defendants.

DATED this 13th day of July 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE