**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                              NO. 4:05CR00178-02 JLH

DEBRA JEAN PRICE                                                                              DEFENDANT

**AMENDED JUDGMENT & COMMITMENT ORDER**

The Judgment & Commitment Order entered on December 7, 2007, is hereby amended to reflect that restitution totaling $202,215.75 is to be joint and several with co-defendants Debby L. Cossitt and Shannon Marie Hill to the extent the restitution amounts relate to the same transactions.

All other conditions contained in the original Judgment & Commitment remain in full force and effect.

IT IS SO ORDERED this 7th day of January, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE